**FULL NAME:** Derrick Dean Horton

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Smith Correctional Facility
1627 S. Hargrave St. Banning CA 92220

**PRISON NUMBER (if applicable):** 201820901

Related DDH

FILED
CLERK, U.S. DISTRICT COURT
OCT 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF,

v.

DEFENDANT(S).

**CASE NUMBER** EDCV23-2109-GW(JPR)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants  N/A _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not __Because it's a Matter that has To Do with identity theft__

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not __the Matter does Not envolve the Jail__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Derrick Deon Horton__
(print plaintiff's name)
who presently resides at __1627 S. Hargrave St Banning CA, 92220__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at __and others Miesha Johnson, Tazarea Jewitt, Zillo, Police officer Tooth__
(institution/city where violation occurred)
__Desert Hot Springs CA and Highland CA__

**CIVIL RIGHTS COMPLAINT**

on (date or dates) __June of 2021__, __July of 2022__, __May of 2018__.
                              (Claim I)        (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Miesha Tavea Johnson__ resides or works at
(full name of first defendant)
__P.O. Box 51008 riverside CA. 92507__
(full address of first defendant)
__Nurse    PH. 760) 605-6675__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
__by way of Fogery Falsified Papers exspired ID__
__Stole over 2 million IN Realastate and Money IN Sueing__

2. Defendant __First American Mortgage Solutions__ resides or works at
(full name of first defendant)
__Idaho Falls ID 83402  PH 208-528-9895__
(full address of first defendant)
__Money lender Mortgage Company__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
__let bogish Paperwork walk through Just to__
__Steal and get hand on Property with exspired ID__

3. Defendant __Zillow Closing and escrow CA__ resides or works at
(full name of first defendant)
__2600 Michelson Drive Suit # 1102 Irvine CA 92612__
(full address of first defendant)
__Home buyer and escrow company  PH 661) 311-015__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
__By Pass Fraudulant Papers and thumb print aswell__
__as exspired ID Just to obtain the property From Scammer__
__Im Sueing__

4. Defendant **LaZarea Jewitt** resides or works at
   (full name of first defendant)
   **23153 Sunny Canyon St Perris, CA 92570**
   (full address of first defendant)
   **Unknown I'm sueing**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **Helped Her mother set me up so they could steal everything I own and lives at address were the crooked escrows went**

5. Defendant **Christopher Tooth** resides or works at
   (full name of first defendant)
   **Desert Hot Springs Police Department**
   (full address of first defendant)
   **Police Officer**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **Very Crooked Police Falsified statements to magestrait Falsified evidence is withholding futage from home survalance were he and others set me up all this to aid and conspire with the witneses against me in criminal case IM Sueing**

1 Facts Contiued
2 I am the legal gardian and Conservator
3 of patricia antwine and Lettie Smith
4 with bold conservatorship through
5 the courts legaly these people aswell
6 as Letisha price these people kidnapp Both
7 of them from riverside county one after
8 the other they Have not been heard from
9 Dont Know there where abouts or Dead
10 or alive these individuals conspire
11 with Miesha Johnson To exstort petitioner
12 For more than 200,000 dollars Money
13 that Miesha Johnson Stole and blamed
14 on pelitioner and Took Four corporation
15 For a ilegal on going iterprise
16 Racketering all are gangmembers and
17 drug dealers and there is Need for
18 Concern these People avery dangerous
19 Miesha Johnson was able To steal over 190,000
20 out of a bank out of a irreckatable trust
21 without Notice.
22
23 Im Sue all above name individuals
24 Named under color of law
25 Thats mentioned in the Complaint
26
27
28

1 of 2

1      Continued
2 Defendant: Eva Arakelyan
3 6586 Avenida Cadena Desert Hot Springs
4 CA 92240
5
6 Defendant acted under the color of law
7 She help forge and falsifie paper
8 work with exspired ID so she could buy
9 the property and Im sueing Her
10
11
12 Defendant: Barrett Daffin Frappier Treder
13 3 Weiss, LLP
14 Defendant acted under the color of law
15 they help to transfer Deeds to 65886
16 Avenida Cadena with fraudulant paper work
17 and exspired I.D. Im sueing fore
18
19
20 Defendant: else Johson and Husband
21 Defendant: acted under the color of law
22 let illegal escrows and loans
23 come to there Home to help hide it and
24 split it up and put into there accounts
25    And Im sueing both of the for
26 conspireing to with there daghte Miesha
27 Johnson, Swarts, orozco, and
28 Stealing escrow money.

1. Cotinued
2. Defendant: James W. Swartz
3. 1205 Cornell Ave #B Redland CA 92374
4. 
5. Defendant acted under the color of law
6. He conspired with Miesha Johnson
7. and Barbra Orozco with Falsified
8. and Forged even thumbprint And
9. A exspired ID To aquire property
10. without proper documentatation
11. and was able to Achieve his goal
12. without date ID's as you can planely see
13. in photograph im sueing For Forgery
14. Fraud theft by swindle and more
15. to more complaint to be Amended
16. 
17. Defendant Barbra Orozco, 11070 Saddle
18. Ridge Rd Mareno Valley, CA 92557
19. is being Sued For conspireing with
20. Johnson and Swarts with Fraudulent
21. and Forged paper work and exspired
22. I.D.s and trying not disclose address
23. Fraud.
24. 
25. this is my signature
26. ~~Derrick~~ Deon ~~Horton~~
27. Compair it to the signature in the
28. photos

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

5th and 14th amendment right To due process and equal protection and being Tried under the same laws 4Th Amendment protection against Illegal Searches and seizure And the right To be secure in my own home

8th amendment cruel and unusual Punishment

and the

1st amendment And the Right To sue

I am a indigent inmate In Forma pauperis

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Miesha Johnson, Eva Arakelyan Zillo Holmes desert Hot Springs Police Dept. Iazarea Jewitt First American Mortgage Sawinder Sinsh else Johnson and Husband and others are being Sued For embezzlement Fogery Falsifieing Finger Prints Misapropiation of Funds and Theft of over 2 millon dollars in Real state and Money identity theft and fadutiary abuse and Fraud Falsifieing documents and Fingerprints with exspired identification and Miesha Johson Shahara love Monegan Aleta Jean antwine Sharita lanea Mashack and boy Friend/Spouse Jerald Cavitt and anett cavitt wife are being sue For Kidnapp and conspiracy To commit Kidnapp and exstortion and conspiracy To commit exstortion Torcher and elder abuse of lettie Smith and patricia Antwine

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I Believe I entitled to a Rescission Pain and suffering Mental anguish Torture restoreing my Name To good Credit repared Interst on the Money and property stolen and much much more Im a victim of wire Fraud business Stimulus and personal Stimulous Tow trucking business stolen and gold coporations stoler trust account empty Co signed For other loans Cars Stolen lively Hood destoyed Personal belonging base ball card Collection worth hundreds of thousand Football card buscket ball card worth thousan work credential gone evidence That directly exonerates me She has committed Muder in my Name Fraud embezzlement under my corporation's Money laundring Tax evasion scamed the state of California out of millions committed Kidnapp and exstortion and the police and D.A. help and Conspire to do this So the lady set me up as well as her chidren Mother Father sister brother as well as what I would have made on my Job and businesses Inasking All pertisipants For 12 Million dollers And No Cents

10/5/23           Derrick Dean Horton
_(Date)_          _(Signature of Plaintiff)_

| Signer Name and Address | Method(s) of Identification | Signature and Thumbprint |
|---|---|---|
| Miesha Johnson 65856 Avenida Cantera Desert Hotsprings CA 92240 | Identity established by satisfactory evidence ☐1-Driver's license ☐3-Other ID (describe) ☐2-Passport ☐4-Other ID (describe) ☐5-Personally known ☐6-Credible witness(es) B4088493 ISS 10-20-16 EXP 10-20-21 | X (signature) SIGN HERE |
| Derrick Horton 65856 Avenida Cantera Dst Hot Springs, CA 92240 | Identity established by satisfactory evidence ☐1-Driver's license ☐3-Other ID (describe) ☐2-Passport ☐4-Other ID (describe) ☐5-Personally known ☐6-Credible witness(es) B6675369 ISS 4-12-16 EXP 10-25-21 | X Dhorton SIGN HERE |
| James W. Swartz 1905 Cornell Ave #B Redlands, CA 92374 | Identity established by satisfactory evidence ☐1-Driver's license ☐3-Other ID (describe) ☐2-Passport ☐4-Other ID (describe) ☐5-Personally known ☐6-Credible witness(es) D5606041 ISS 7-28-11 EXP 8-1-16 W renewal | X (signature) SIGN HERE |
| Barbara Orozco 11070 Saddle Rdge Rd Moreno Valley, CA 92557 | Identity established by satisfactory evidence ☐1-Driver's license ☐3-Other ID (describe) ☐2-Passport ☐4-Other ID (describe) ☐5-Personally known ☐6-Credible witness(es) C3528961 ISS 7-30-18 EXP 8-6-23 | X Barbara Orozco |







Derrick Horton #201820901
1627 S. Hargrave St
Banning CA. 92220

Att. Clerk
District Court Central District
California
ATT.N: Intake/Docket Section
255 East Temple Street, Suite
Los Angeles, California
90012

OCT 13 2023
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY